IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KERRY HADLEY**  **PLAINTIFF**

v.  CASE NO. 4:24-CV-00269-BSM

**KISWIRE PINE BLUFF, INC.**  **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 10th day of December, 2025.

_____
UNITED STATES DISTRICT JUDGE